Adam M. Silverstein (197638)
CAVALLUZZI & CAVALLUZZI
9200 Sunset Boulevard, Suite 807
Los Angeles, California 90069
Telephone: (310) 246-2601
Facsimile: (310) 246-2606
Email: adam@cavalluzzi.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK COLLINS, INC., a California corporation, | Case No. 11-cv-1180 |
| Plaintiff, | |
| vs. | **PLAINTIFF'S MOTION TO ENLARGE THE TIME WITHIN WHICH IT HAS TO HOLD A 26(f) CONFERENCE** |
| JOHN DOES 1-10, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 26(d)(1), Plaintiff, Patrick Collins, Inc. moves for entry of an order enlarging the time within which Plaintiff has to hold a 26(f) conference, and states:

1. As set forth below, good cause exists under Fed.R.Civ.P. 16(b) to enlarge the time within which Plaintiff has to hold a 26(f) conference.

Case No.

2. This is a copyright case against Doe Defendants known to Plaintiff only by an IP address.

3. The true identities of the Doe Defendants are known by their respective internet service providers ("ISPs").

4. Pursuant to this Court's order dated October 3, 2011, Plaintiff is required to confer on a discovery plan no later than twenty-one (21) days prior to the scheduling conference or by November 7, 2011.

5. There are four internet service providers in this case: (a) Cox Communications, Inc. (2 Doe Defendants); (b) Charter Communications (2 Doe Defendants); (c) Road Runner (4 Doe Defendants); and (d) Bellsouth (2 Doe Defendants).

6. The Order Granting Motion for Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference [DE 7] was entered on September 20th, 2011.

7. Plaintiff acted diligently to serve each of the foregoing ISPs with a subpoena demanding that the ISPs provide identifying information for the Doe Defendants.

8. Initially, the ISPs delayed the processing of the subpoenas until undersigned had reached certain agreements with them about cost and requesting additional documentation, such as excel spreadsheets.

Case No.

9. Further, the ISPs had other logistical objections, each of which undersigned diligently attempted to and ultimately did overcome without the necessity court intervention.

10. Accordingly, Plaintiff currently expects to have the identities of the Doe Defendants from each ISP by no later than November 30, 2011, two dates after the scheduling conference is currently set.

11. Upon receiving the identities of the Doe Defendants from the aforementioned ISP's in paragraph 5, Plaintiff will immediately begin attempting to serve these Defendants.

12. After the Defendants are served, Plaintiff will email or serve by mail each of the Defendants with a proposed 26(f) Scheduling Order and attempt to confer with each of them regarding any proposed changes the Defendant may have to the report proposed by Plaintiff. Ultimately, Plaintiff intends to file the proposed 26(f) report in such a form as to indicate it is entirely agreed upon or by noting any disagreements.

13. In In re BankAtlantic BanCorp, Inc., 2010 WL 324342, (S.D. Fla. 2010), the court found good cause to enlarge a discovery deadline when a party had served the discovery before the discovery deadline and due to the adverse party's failure to supplement its responses did not have the information it needed by the deadline. BanCorp is analogous; here, Plaintiff served discovery on the ISPs well in advance of this deadline and has jumped through every hoop and bent over

Case No.

backwards to accommodate the ISPs to get the identities of the Doe Defendants. All of this worked but through no fault of Plaintiff – it has taken time. The goal line is now in sight and Plaintiff merely needs a short extension for which good cause has been shown.

WHEREFORE, Plaintiff respectfully requests that the time within which it must hold a 26(f) conference be enlarged until December 30, 2011. A proposed order is attached as Exhibit A.

Respectfully submitted,

By: /s/ Adam M. Silverstein
Adam M. Silverstein (197638)
CAVALLUZZI & CAVALLUZZI
9200 Sunset Boulevard, Suite 807
Los Angeles, California 90069
Telephone: (310) 246-2601
Facsimile: (310) 246-2606
Email: adam@cavalluzzi.com
*Attorneys for Plaintiff*

Case No.