Adam M. Silverstein (197638)
CAVALLUZZI & CAVALLUZZI
9200 Sunset Boulevard, Suite 807
Los Angeles, California 90069
Telephone: (310) 246-2601
Facsimile: (310) 246-2606
Email: adam@cavalluzzi.com
*Attorneys for Plaintiff*

FILED
CLERK, U.S. DISTRICT COURT
NOV 21 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PATRICK COLLINS, INC.,
a California corporation,

    Plaintiff,

vs.

JOHN DOES 1-10,

    Defendants.

Case No. 11-cv-1180

**ORDER GRANTING PLAINTIFF'S MOTION TO ENLARGE TIME WITHIN WHICH IT HAS TO HOLD A 26(f) CONFERENCE**

THIS CAUSE came before the Court upon Plaintiff's Motion to Enlarge Time to Within Which It Has to Hold a 26(f) Conference (the "Motion"), and the Court being duly advised in the premises does hereby:

**FIND, ORDER AND ADJUDGE:** Plaintiff shall have until December 30th, 2011 to hold a 26(f) Conference. The Court continues the Scheduling Conference set for 11/28/11 to Monday, 1-30-12 @ 11:30 am.

DONE AND ORDERED this 21st day of November, 2011.

By _____
UNITED STATES DISTRICT JUDGE

Case No.