Adam M. Silverstein (197638)
CAVALLUZZI & CAVALLUZZI
9200 Sunset Boulevard, Suite 807
Los Angeles, California 90069
Telephone: (310) 246-2601
Facsimile: (310) 246-2606
Email: adam@cavalluzzi.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK COLLINS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOES 1-10,<br><br>Defendants. | Case No. 8:11-cv-01180-JVS -AN<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF DOE 3 ONLY** |

**PLEASE TAKE NOTICE**, Plaintiff has settled this matter with John Doe 3. Pursuant to the settlement agreement's terms Plaintiff hereby voluntary dismisses Doe Defendant 3 from this action with prejudice. John Doe 3 was assigned the IP Address 68.231.192.186. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) Defendant Doe 3 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Case No.

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | By: */s/ Adam M. Silverstein* |
| 3 | Adam M. Silverstein (197638) |
| 4 | CAVALLUZZI & CAVALLUZZI |
| 5 | 9200 Sunset Boulevard, Suite 807 |
| 6 | Los Angeles, California 90069 |
| 7 | Telephone: (310) 246-2601 |
| 8 | Facsimile: (310) 246-2606 |
| 9 | Email: adam@cavalluzzi.com |
| 10 | *Attorneys for Plaintiff* |

Case No.