Adam M. Silverstein (197638)

CAVALLUZZI & CAVALLUZZI

9200 Sunset Boulevard, Suite 807

Los Angeles, California 90069

Telephone: (310) 246-2601

Facsimile: (310) 246-2606

Email: adam@cavalluzzi.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK COLLINS, INC.,<br>a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOES 1-10,<br><br>Defendants. | Case No. SACV 11-1180-JVS<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND THE TIME PERIOD FOR SERVICE OF SUMMONS AND COMPLAINT ON DOE DEFENDANTS** |

**THIS CAUSE** came before the Court upon Plaintiff's Motion to Extend the Time Period for Service of Summons and Complaint on Doe Defendants (the "Motion")**,** and the Court being duly advised in the premises does hereby:

**ORDER AND ADJUDGE:** Plaintiff shall have until January 20, 2012 to serve Defendants with a Summons and Complaint.

**DONE AND ORDERED** this 21st day of December, 2011.

By _____

**UNITED STATES DISTRICT JUDGE**

Case No.