Adam M. Silverstein (197638)
CAVALLUZZI & CAVALLUZZI
9200 Sunset Boulevard, Suite 807
Los Angeles, California 90069
Telephone: (310) 246-2601
Facsimile: (310) 246-2606
Email: adam@cavalluzzi.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK COLLINS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOES 1-10,<br><br>Defendants. | Case No. 8:11-cv-01180-JVS -AN<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL <u>WITH PREJUDICE OF DOE 8 ONLY</u>** |

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 8. Pursuant to the settlement agreement's terms Plaintiff hereby voluntary dismisses Doe Defendant 8 from this action <u>with prejudice</u>. John Doe 8 was assigned the IP Address 76.90.21.225. For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) Defendant Doe 8 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Case No.

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | By: /s/ *Adam M. Silverstein* |
| 3 | Adam M. Silverstein (197638) |
| 4 | CAVALLUZZI & CAVALLUZZI |
| 5 | 9200 Sunset Boulevard, Suite 807 |
| 6 | Los Angeles, California 90069 |
| 7 | Telephone: (310) 246-2601 |
| 8 | Facsimile: (310) 246-2606 |
| 9 | Email: adam@cavalluzzi.com |
| 10 | *Attorneys for Plaintiff* |

Case No.