Adam M. Silverstein (197638)

CAVALLUZZI & CAVALLUZZI

9200 Sunset Boulevard, Suite 807

Los Angeles, California 90069

Telephone: (310) 246-2601

Facsimile: (310) 246-2606

Email: adam@cavalluzzi.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK COLLINS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOES 1-10,<br><br>Defendants. | Case No. 11-cv-1180<br><br>**PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS** |

    Plaintiff, Patrick Collins, Inc., moves for entry of an order compelling Road Runner and SBC Internet Services to respond to the subpoenas, and in support thereof states as follows:

    1.    This is a copyright infringement case against Doe Defendants known to Plaintiff only by an IP address. The true identities of the Doe Defendants are known by their respective internet service providers ("ISPs").

2.   Plaintiff was granted leave from the Court to serve third party subpoenas to obtain the identifying information of the unknown Doe Defendants from the ISPs: Charter Communications, Cox Communications, Road Runner and SBC Internet Services. The response date for these subpoenas was October 7, 2011.

3.   Over three months has passed since the subpoena compliance date. To this date, however, Road Runner and SBC Internet Services have failed to provide responses or objections to the subpoenas.

4.   Plaintiff is unable to move forward in this matter until all the ISPs in this case comply with the subpoena, insofar as it cannot complete service on all Defendants until it receives the identifying information of the unknown Defendants from their respective ISPs.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order compelling Road Runner and SBC Internet Services to comply with the subpoenas. A proposed Order is attached for the Court's convenience.

Dated: January 10, 2012

Case No.11-cv-01180

Respectfully submitted,

By: */s/ Adam M. Silverstein*
Adam M. Silverstein (197638)
CAVALLUZZI & CAVALLUZZI
9200 Sunset Boulevard, Suite 807
Los Angeles, California 90069
Telephone: (310) 246-2601
Facsimile: (310) 246-2606
Email: adam@cavalluzzi.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ Adam M. Silverstein*

Case No.11-cv-01180