# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK COLLINS, INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN DOES 1-10, <br><br> Defendants. | Case No. 11-cv-1180 <br><br> **ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS** |

**THIS CAUSE** came before the Court upon Plaintiff's Motion to Compel Compliance with Subpoenas (the "Motion"), and the Court being duly advised in the premises does hereby:

**ORDER AND ADJUDGE:**

1. Plaintiff's Motion is granted.

2. Road Runner and SBC Internet Services shall comply with Plaintiff's subpoenas and produce the information requested therein within ten (10) days from the entry of this Order.

**DONE AND ORDERED** this ___ day of _____, 2012.

By_____
**UNITED STATES DISTRICT JUDGE**

Case No.