Adam M. Silverstein (197638)
CAVALLUZZI & CAVALLUZZI
9200 Sunset Boulevard, Suite 807
Los Angeles, California 90069
Telephone: (310) 246-2601
Facsimile: (310) 246-2606
Email: adam@cavalluzzi.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK COLLINS, INC., a California corporation, | Case No. 8:11-cv-01180-JVS -AN |
| Plaintiff, | |
| vs. | **PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF DOE 8 ONLY** |
| JOHN DOES 1-10, | |
| Defendants. | |

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 8. Pursuant to the settlement agreement's terms Plaintiff hereby voluntary dismisses Doe Defendant 8 from this action <u>with prejudice</u>. John Doe 8 was assigned the IP Address 76.90.21.225. For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) Defendant Doe 8 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Case No.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted,

By: */s/ Adam M. Silverstein*

Adam M. Silverstein (197638)

CAVALLUZZI & CAVALLUZZI

9200 Sunset Boulevard, Suite 807

Los Angeles, California 90069

Telephone: (310) 246-2601

Facsimile: (310) 246-2606

Email: adam@cavalluzzi.com

*Attorneys for Plaintiff*

Case No.