UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 11-01180-JVS (ANx) | Date | January 30, 2012 |
| Title | Patrick Collins Inc. V. John Does 1-10 | | |

| | | |
|---|---|---|
| Present: The Honorable | James V. Selna | |
| | Karla J. Tunis | Sharon Seffens |
| | Deputy Clerk | Court Reporter |
| | Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| | Gail Takamine | Not Present |

**Proceedings:**   **Scheduling Conference**

    Cause called and counsel Gail Takamine makes a special appearance on behalf of plaintiff in this matter.

    The Court GRANTS plaintiff's oral request to extend the time for plaintiff to serve the complaint to February 27, 2012.   The Court FURTHER GRANTS plaintiff's oral request for a continuance of this Scheduling Conference to March 26, 2012 at 11:30 a.m.

    The Court directs Ms. Takamine to notify counsel of record that the Court **does** not entertain special appearances and trial counsel must attend the Scheduling Conference set for March 26, 2012.

| | 0 | : | 04 |
|---|---|---|---|
| Initials of Preparer | kjt | | |