**SHA-1 Hash:** 8F7C963137369F5A874A32E468C1D432DAF0B859          **Title:**   Gangbanged

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 4 | 70.181.89.165 Stephane Belin | 6/25/2011 8:04 | Laguna Hills | CA | Cox Communications | BitTorrent |

EXHIBIT A

CCA8