## *-APPLICATION-*

### Title
**Title of Work:** GANGBANGED

### Completion/Publication
**Year of Completion:** 2011
**Date of 1st Publication:** March 26, 2011    **Nation of 1st Publication:** United States

### Author
**Author:** PATRICK COLLINS, INC.
**Author Created:** entire motion picture
**Work made for hire:** Yes
**Citizen of:** United States    **Domiciled in:** United States

### Copyright claimant
**Copyright Claimant:** PATRICK COLLINS, INC.
8015 DEERING AVE., CANOGA PARK, CA, 91304, United States

### Certification
**Name:** PATRICK COLLINS
**Date:** May 26, 2011

**EXHIBIT B**

**Registration #:**

**Service Request #:**  1-614552711

**Priority:** Routine          **Application Date:**  May 26, 2011 08:00:55 PM

## Correspondent

**Name:** KAREN QUINNELL

**Email:** karen@elegantangel.com          **Telephone:** 818-704-2673

**Address:** 8015 DEERING AVE.
CANOGA PARK, CA 91304 United States

**Fax:** 818-704-2688

## Mail Certificate

PATRICK COLLINS, INC.
8015 DEERING AVE.
CANOGA PARK, CA 91304  United States