1  Adam M. Silverstein (197638)
2  CAVALLUZZI & CAVALLUZZI
3  9200 Sunset Boulevard, Suite 807
4  Los Angeles, California 90069
5  Telephone: (310) 246-2601
6  Facsimile: (310) 246-2606
7  Email: adam@cavalluzzi.com
8  *Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| PATRICK COLLINS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOES 1-10,<br><br>Defendants. | Case No. 8:11-cv-01180-JVS -AN<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DOES 1, 2, 3, 5, 6, 7, 9 AND 10 ONLY** |
|---|---|

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses Does 1, 2, 3, 5, 6, 7, 9 and 10 ("Defendants") from this action without prejudice, who were assigned the IP Addresses 24.205.61.153, 71.80.174.104, 68.231.192.186, 66.27.202.160, 76.172.12.36, 76.89.210.115, 75.38.4.118 and 75.56.203.98. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) the Defendants has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Case No.

Respectfully submitted,

By: /s/ *Adam M. Silverstein*

Adam M. Silverstein (197638)

CAVALLUZZI & CAVALLUZZI

9200 Sunset Boulevard, Suite 807

Los Angeles, California 90069

Telephone: (310) 246-2601

Facsimile: (310) 246-2606

Email: adam@cavalluzzi.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 17th, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Adam M. Silverstein*

Adam M. Silverstein

Case No.