Adam M. Silverstein (197638)

CAVALLUZZI & CAVALLUZZI

9200 Sunset Boulevard, Suite 807

Los Angeles, California 90069

Telephone: (310) 246-2601

Facsimile: (310) 246-2606

Email: adam@cavalluzzi.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK COLLINS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHANE BELIN,<br><br>Defendants. | Case No. 8:11-cv-01180-JVS -AN<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF STEPHANE BELIN A.K.A. JOHN DOE 4** |

**PLEASE TAKE NOTICE**, Plaintiff has settled this matter with Defendant, Stephane Belin, a.k.a. John Doe 4 ("Defendant"). Pursuant to the settlement agreement's terms Plaintiff hereby voluntary dismisses Defendant, Stephane Belin from this action with prejudice. Defendant was assigned the IP Address 70.181.89.165.

Case No.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) Defendant, has neither answered Plaintiff's Complaint nor filed a motion for summary judgment. Consistent herewith, Plaintiff consents to having this case closed for administrative purposes.

Respectfully submitted,

By: */s/ Adam M. Silverstein*
Adam M. Silverstein (197638)
CAVALLUZZI & CAVALLUZZI
9200 Sunset Boulevard, Suite 807
Los Angeles, California 90069
Telephone: (310) 246-2601
Facsimile: (310) 246-2606
Email: adam@cavalluzzi.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ Adam M. Silverstein*
Adam M. Silverstein

Case No.